IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Triplett, Bonita D | Case Number:  04 B 44461 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  12/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,892.00 | |
| Secured: | | 7,484.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 407.45 |
| Other Funds: | | 0.00 |
| Totals: | 7,892.00 | 7,892.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Midland Mortgage Company | Secured | 0.00 | 0.00 |
| 2. | Household Automotive Finance Corp | Secured | 8,389.08 | 4,110.71 |
| 3. | Midland Mortgage Company | Secured | 11,612.42 | 3,373.84 |
| 4. | World Financial Network Nat'l | Unsecured | 49.47 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 48.73 | 0.00 |
| 6. | Household Automotive Finance Corp | Unsecured | 1,491.86 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 89.40 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 112.92 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 334.71 | 0.00 |
| 10. | SBC | Unsecured | 33.55 | 0.00 |
| 11. | Associates National Bank | Unsecured | | No Claim Filed |
| 12. | Cardiology Diagnostic Services | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Collecto Credit | Unsecured | | No Claim Filed |
| 17. | Family Practice | Unsecured | | No Claim Filed |
| 18. | Michael Feld M D | Unsecured | | No Claim Filed |
| 19. | ADT Security Systems | Unsecured | | No Claim Filed |
| 20. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 21. | Chase Manhattan | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,162.14 | $ 7,484.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Triplett, Bonita D

Printed:  4/1/08

Case Number:  04 B 44461
Judge:  Wedoff, Eugene R
Filed:  12/2/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 69.55 |
| 4% | 44.40 |
| 3% | 11.10 |
| 5.5% | 150.15 |
| 5% | 20.00 |
| 4.8% | 57.60 |
| 5.4% | 54.65 |
|  | _____ |
|  | $ 407.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

